UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN HERRERA, individually, as private attorney general and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., EXPRESS, LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV06-664-DOC (ANx)<br><br>**PROTECTIVE ORDER**<br><br>NOTE: CHANGES MADE BY THE COURT |

**FOR GOOD CAUSE SHOWN,** the foregoing Protective Order, requested by stipulation of the parties, is hereby entered.

Documents subject to this order may be filed under seal only by specific order of the Court. If a party desires to file a document subject to this order under seal, the party shall submit a stipulation signed by all parties explaining specifically what documents are at issue and why they deserve heightened protection from disclosure. If the parties are unable to reach a stipulation, the party desiring the file under seal may submit an *ex parte* application, explaining both why

1 | the Court should allow the filing to be under seal and also why the parties were
2 | unable to reach a stipulation. Only in exceptional circumstances will the Court
3 |
4 | allow briefs to be filed under seal.

Dated: April 30, 2008

*/s/ David O. Carter*
David O. Carter
United States District Judge