James S. Schreier, State Bar No. 64570
Mark L. Block, State Bar No. 115457
GLASER, WEIL, FINK,
 JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920
jschreier@glaserweil.com
mblock@glaserweil.com

Attorneys for Defendants
Limited Brands, Inc. and Express LLC

*Additional counsel listed at end.*

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA individually, as private attorney general, and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC. and EXPRESS, LLC and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | **Case No. SACV-06-0664 DOC(ANx)**<br>Honorable David O. Carter<br>Consolidated with Case No. SACV-06-422 (DOC) (JTLx)<br><br>**FINAL JUDGMENT**<br><br>[Order Granting Motion for Final Judgment Entry entered on October 30, 2008]<br><br>Action filed: April 11, 2006 |

661063v1

On October 30, 2008, this Court granted Defendants' Motion for Final Judgment Entry. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor or Defendants LIMITED BRANDS, INC. and EXPRESS, LLC as against plaintiff RUBEN HERRERA, individually, as private attorney general, and on behalf of all employees similarly situated; and

2. Neither party is entitled to any relief. Each party to bear its own fees and costs.

Dated: December 18, 2008  _____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

_____
Mark L. Block

James S. Schreier (SBN 64570)
Mark L. Block (SBN 115457)
GLASER, WEIL, FINK,
 JACOBS & SHAPIRO, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
jschreier@glaserweil.com
mblock@glaserweil.com

Daniel J. Buckley, *pro hac vice*
Ohio State Bar No. 0003772
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium II
221 East Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 723-4000
Facsimile:  (513) 723-4056
djbuckley@vorys.com

Andrew C. Smith, *pro hac vice*
Ohio State Bar No. 0008136
William D. Kloss, Jr., *pro hac vice*
Ohio State Bar No. 0040854
Robert A. Harris, *pro hac vice*
Ohio State Bar No.0059549
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
acsmith@vorys.com
wdklossjr@vorys.com
raharris@vorys.com

*Attorneys for Defendants*
*Limited Brands, Inc. and Express LLC*

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
(310) 553-3000